**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**DECEMBER 14, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number:

Cornerstone Architects, Ltd.
v.
Lakeland Development Group, Inc., Eric W. Baumgart
and John E. Dethmer

**07 C 7043**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cornerstone Architects, Ltd.

**JUDGE DARRAH**
**MAGISTRATE JUDGE ASHMAN**

| | |
|---|---|
| NAME (Type or print) Uli Widmaier | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Uli Widmaier | |
| FIRM Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP | |
| STREET ADDRESS 311 S. Wacker, Suite 5000 | |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6226366 | TELEPHONE NUMBER (312)554-8000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |