**FILED**
**DECEMBER 14, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

Cornerstone Architects, Ltd.
v.
Lakeland Development Group, Inc., Eric W. Baumgart
and John E. Dethmer

**07 C 7043**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cornerstone Architects, Ltd.

**JUDGE DARRAH**
**MAGISTRATE JUDGE ASHMAN**

| NAME (Type or print) |
| --- |
| Kristen Knecht |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/  Kristen Knecht |

| FIRM |
| --- |
| Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP |

| STREET ADDRESS |
| --- |
| 311 S. Wacker Drive, Suite 5000 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER |
| --- | --- |
| 6283269 | (312)554-8000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |