AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Cornerstone Architects, Ltd.

V.

Lakeland Development Group, Inc., Eric W. Baumgart, and John E. Dethmer

CASE NUMBER: **07 C 7043**

ASSIGNED JUDGE: **JUDGE DARRAH**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

John E. Dethmer
9647 Wooded Path Drive
Palos Hills, Illinois 60465

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Uli Widmaier and Kristen S. Knecht
Pattishall, McAuliffe, Newbury, Hilliard & Geraldson, LLP
311 South Wacker Drive, Suite 5000
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Nadine Girly_
(By) DEPUTY CLERK

**December 14, 2007**
Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. **07 C 7043**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Larry Lattuca**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

        ( X ) Summons & Complaint
        (   ) Citation to Discover Assets
        (   ) Rule to Show Cause
        (   ) Subpoena
        (   ) Other:

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. ( X ) On the within named party, **John E. Dethmer**, by leaving a copy with **Nancy Dethmer, Wife**, who states that they are a member of the household on **December 19, 2007**, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on **12/20/2007**.

3. (   ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**     RACE: **Caucasian**     APPROXIMATE AGE: **56-60**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **9647 Wooded Path Dr., Palos Hills, IL 60465**
TIME OF DAY: **9:00 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **20**[th] day of **December 2007**.

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

Larry Lattuca
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885