AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Cornerstone Architects, Ltd.

V.

Lakeland Development Group, Inc., Eric W.
Baumgart, and John E. Dethmer

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

## 07 C 7043

### JUDGE DARRAH
### MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

Eric W. Baumgart
301 Ridge Road
Barrington, Illinois 60465

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Uli Widmaier and Kristen S. Knecht
Pattishall, McAuliffe, Newbury, Hilliard & Geraldson, LLP
311 South Wacker Drive, Suite 5000
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

_Nadine Girley_

**(By) DEPUTY CLERK**

**December 14, 2007**

**Date**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
CASE NO. **07 C 7043**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Philip Alkhoury**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

      ( **X** ) Summons & Complaint
      (   ) Citation to Discover Assets
      (   ) Rule to Show Cause
      (   ) Subpoena
      (   ) Other:

1.    ( **X** ) By leaving a copy with the named party, **Eric W. Baumgart** personally on **December 18, 2007**.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

2.    (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

3.    (   ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

4.    ( **X** ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**        RACE: **Caucasian**        APPROXIMATE AGE: **65-70**

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

5.    ( **X** ) That the place where and the time of day when the documents were served were as follows:

PLACE: **301 Ridge Rd., Barrington, IL 60465**
TIME OF DAY: **7:35 PM**

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

6.    (   ) That he was unable to serve the within named party ------- located at -------- for the reason: -------

Signed and Sworn to before me
This **19**th day of **December 2007**.

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

Philip Alkhoury
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885