UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORNERSTONE ARCHITECTS, LTD., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LAKELAND DEVELOPMENT GROUP, INC.,) <br> ERIC W. BAUMGART, and ) <br> JOHN E. DETHMER, ) <br> ) <br> ) <br> Defendants. ) | Civil Action No.: 07 cv 7043 <br><br> Hon. John W. Darrah |

**PLAINTIFF'S NOTICE OF CORPORATE DISCLOSURE STATEMENT**

The undersigned, counsel for Plaintiff, hereby furnishes the following corporate disclosure statement pursuant to Fed.R.Civ.P. 7.1 and Local Rule 3.2:

Cornerstone Architects, Ltd., has no parent corporation, and no publicly held company owns 5% or more of Cornerstone Architects, Inc.'s stock.

Dated: January 9, 2008

Respectfully submitted,

PATTISHALL, McAULIFFE, NEWBURY,
 HILLIARD & GERALDSON LLP,


By: /s/Kristen Knecht_____
    Uli Widmaier
    Kristen S. Knecht
    311 South Wacker Drive
    Suite 5000
    Chicago, Illinois  60606
    (312) 554-8000
    uw@pattishall.com
    ksk@pattishall.com

Attorneys for Plaintiff,
Cornerstone Architects, Ltd.

279134v1

## **CERTIFICATE OF SERVICE**

I, Kristen S. Knecht, hereby certify that copies of the **PLAINTIFF'S NOTICE OF CORPORATE DISCLOSURE STATEMENT** has been served upon the following:

>Lakeland Development Group, Inc.
>2800 West Higgins
>Suite 675
>Hoffman Estates, Illinois 60195
>
>Eric W. Baumgart
>301 Ridge Road
>Barrington, Illinois 60010
>
>
>John E. Dethmer
>9647 Wooded Path Drive
>Palos Hills, Illinois 60465

via personal services, this 9th day of January, 2008.

>/s/Kristen Knecht