UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CORNERSTONE ARCHITECTS, LTD., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 07 C 7043 |
| LAKELAND DEVELOPMENT GROUP, INC., ERIC W. BAUMGART, and JOHN E. DETHMER, | ) ) ) ) | |
| Defendants. | ) ) | |

### JURY DEMAND

LAKELAND DEVELOPMENT GROUP, INC., ERIC W. BAUMGART, and JOHN E. DETHMER, as defendants, respectfully request a jury demand in this matter.

Respectfully submitted,

LAKELAND DEVELOPMENT GROUP, INC.,
ERIC W. BAUMGART, and JOHN E. DETHMER

s/     Jeffrey T. Kubes
Bar Number 6180307
Attorney For Lakeland Development Group, Inc.,
Eric W. Baumgart, and John E. Dethmer
CRISHAM & KUBES, LTD.
30 North LaSalle Street, Suite 2800
Chicago, Illinois 60602
(312) 327-2500
jkubes@crishamlaw.com

Jeffrey T. Kubes
CRISHAM & KUBES, LTD.
30 N. LaSalle, Suite 2800
Chicago, IL  60602
(312) 327-2500

Doc:281831