UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORNERSTONE ARCHITECTS, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAKELAND DEVELOPMENT GROUP, INC., ) <br> ERIC W. BAUMGART, and ) <br> JOHN E. DETHMER, ) <br> ) <br> Defendants. ) | Case No.  07 C 7043 |

## NOTICE OF FILING

TO:    Uli Widmaier and Kristen S. Knecht
       Pattishall, McAuliffe, Newbury, Hilliard & Geraldson, LLP
       311 S. Wacker Drive, Suite 5000
       Chicago, Illinois  60606

PLEASE TAKE NOTICE that on January 9, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following, which was accomplished pursuant to ECF as to the filing users and in compliance with LR 5.5 as to any party who is not a filing user or represented by a filing user.

- Appearance for Defendants by Jeffery T. Kubes; and
- Jury Demand

                             Respectfully submitted,

                             LAKELAND DEVELOPMENT GROUP, INC.,
                             ERIC W. BAUMGART, and JOHN E. DETHMER

                             s/    Jeffrey T. Kubes
                             Bar Number 6180307
                             Attorney For Lakeland Development Group, Inc., Eric
                             W. Baumgart, and John E. Dethmer

Doc:281871

                              CRISHAM & KUBES, LTD.
                              30 North LaSalle Street, Suite 2800
                              Chicago, Illinois 60602
                              (312) 327-2500
                              jkubes@crishamlaw.com

Jeffrey T. Kubes
CRISHAM & KUBES, LTD.
30 N. LaSalle, Suite 2800
Chicago, IL  60602
(312) 327-2500

## CERTIFICATE OF SERVICE

      I, Jeffrey T. Kubes, after being first duly sworn on oath, depose and state that I served this Notice of Filing to the above-named attorney(s) pursuant to ECF and shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User on January 9, 2008.

                              s/    Jeffrey T. Kubes
                              Jeffrey T. Kubes
                              Attorney For Lakeland Development Group,
                              Inc., Eric W. Baumgart, and John E. Dethmer