## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORNERSTONE ARCHITECTS, LTD.,       ) | |
|                     Plaintiff,         ) | |
|            v.                    ) | Case No.  07 C 7043 |
| LAKELAND DEVELOPMENT GROUP, INC., ) ERIC W. BAUMGART, and ) JOHN E. DETHMER, ) | |
|                     Defendants.     ) | |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME Defendants, LAKELAND DEVELOPMENT GROUP, INC., ERIC W. BAUMGART, and JOHN E. DETHMER, by and through their attorneys, Jeffrey T. Kubes of CRISHAM & KUBES, LTD., and for their Motion for Extension of Time to Answer or Otherwise Plead, states as follows:

1. Defendants were served with summons of plaintiff's Complaint on or about December 18 - 20, 2007.

2. Defendants have recently retained Jeffrey T. Kubes of Crisham & Kubes, Ltd. to act as their attorney in the above captioned lawsuit.

3. Defendants answers were initially scheduled to be filed between January 7th and January 9th, 2008.

4. So that counsel has an opportunity to review this matter with his clients and

Doc:281832

prepare the appropriate responsive pleading, defendants hereby request an extension of time to answer or otherwise plead to plaintiff's Complaint to February 7, 2008.

5.   This motion is not being brought for purposes of delay or harassment.

WHEREFORE, Defendants, LAKELAND DEVELOPMENT GROUP, INC., ERIC W. BAUMGART, and JOHN E. DETHMER respectfully request that this Honorable Court grant them an extension of time to February 7, 2008 in which to answer or otherwise plead to plaintiff's Complaint, and for any and all other relief this court deems appropriate.

                                                   Respectfully submitted,

                                                   LAKELAND DEVELOPMENT GROUP, INC., ERIC W. BAUMGART, and JOHN E. DETHMER

                                                 s/   Jeffrey T. Kubes
                                               Bar Number 6180307
                                               Attorney For Lakeland Development Group, Inc., Eric W. Baumgart, and John E. Dethmer
                                               CRISHAM & KUBES, LTD.
                                               30 North LaSalle Street, Suite 2800
                                               Chicago, Illinois 60602
                                               (312) 327-2500
                                               jkubes@crishamlaw.com

Jeffrey T. Kubes
CRISHAM & KUBES, LTD.
30 N. LaSalle, Suite 2800
Chicago, IL  60602
(312) 327-2500

Doc:281832