UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORNERSTONE ARCHITECTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No.  07 C 7043 |
| ) | |
| LAKELAND DEVELOPMENT GROUP, INC., ) | |
| ERIC W. BAUMGART, and ) | |
| JOHN E. DETHMER, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Uli Widmaier and Kristen S. Knecht
Pattishall, McAuliffe, Newbury, Hilliard & Geraldson, LLP
311 S. Wacker Drive, Suite 5000
Chicago, Illinois  60606

PLEASE TAKE NOTICE that on **January 15, 2008 at 9:00 a.m.**, we shall appear before the Honorable Judge John W. Darrah in Room 1203 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois and shall then and there present **Defendants' Motion For Extension of Time To Answer or Otherwise Plead,** a copy of which is hereby served upon you via the ECF system on January 9, 2008.

Respectfully submitted,

LAKELAND DEVELOPMENT GROUP, INC., ERIC
W. BAUMGART, and JOHN E. DETHMER

s/    Jeffrey T. Kubes
Bar Number 6180307
Attorney For Lakeland Development Group, Inc., Eric
W. Baumgart, and John E. Dethmer
CRISHAM & KUBES, LTD.
30 North LaSalle Street, Suite 2800

Doc:281834

                                          Chicago, Illinois 60602
                                          (312) 327-2500
                                          jkubes@crishamlaw.com

Jeffrey T. Kubes
CRISHAM & KUBES, LTD.
30 N. LaSalle, Suite 2800
Chicago, IL  60602
(312) 327-2500

## CERTIFICATE OF SERVICE

      I, Jeffrey T. Kubes, after being first duly sworn on oath, depose and state that I served this Notice of Filing to the above-named attorney(s) pursuant to ECF and shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User on January 9, 2008.

                                          s/    Jeffrey T. Kubes
                                          Jeffrey T. Kubes
                                          Attorney For Lakeland Development Group, Inc., Eric W. Baumgart, and John E. Dethmer