# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | | | |
|---|---|---|---|
| Cornerstone Architects, Ltd., Plaintiff | | Case | 07-C-7043 |

v.

Lakeland Development Group, Inc., Eric W. Baumgart and John E. Dethmer, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lakeland Development Group, Inc., Eric W. Baumgart and John E. Dethmer

| | |
|---|---|
| SIGNATURE      /s/ Thomas W. Mulcahy | |
| FIRM      Crisham & Kubes, Ltd. | |
| STREET ADDRESS      30 North LaSalle Street, Suite 2800 | |
| CITY/STATE/ZIP      Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)      6272757 | TELEPHONE NUMBER      (312) 327-2500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES ☐    NO ■ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?      YES ☐    NO ■ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES ☐    NO ■ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ■  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |