UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORNERSTONE ARCHITECTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 7043 |
| ) | |
| LAKELAND DEVELOPMENT GROUP, INC., ) | |
| ERIC W. BAUMGART, and ) | |
| JOHN E. DETHMER, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

TO:   Uli Widmaier and Kristen S. Knecht
        Pattishall, McAuliffe, Newbury, Hilliard & Geraldson, LLP
        311 S. Wacker Drive, Suite 5000
        Chicago, Illinois 60606

PLEASE TAKE NOTICE that on January 9, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following, which was accomplished pursuant to ECF as to the filing users and in compliance with LR 5.5 as to any party who is not a filing user or represented by a filing user.

•   Appearance for Defendants by Thomas W. Mulcahy

Respectfully submitted,

LAKELAND DEVELOPMENT GROUP, INC.,
ERIC W. BAUMGART, and JOHN E. DETHMER

s/   Thomas W. Mulcahy
Bar Number 6272757
Attorney For Lakeland Development Group, Inc., Eric W. Baumgart, and John E. Dethmer
CRISHAM & KUBES, LTD.

Doc:281887

>30 North LaSalle Street, Suite 2800
>Chicago, Illinois 60602
>(312) 327-2500
>tmulcahy@crishamlaw.com

Thomas W. Mulcahy
CRISHAM & KUBES, LTD.
30 N. LaSalle, Suite 2800
Chicago, IL 60602
(312) 327-2500

## CERTIFICATE OF SERVICE

    I, Thomas W. Mulcahy, after being first duly sworn on oath, depose and state that I served this Notice of Filing to the above-named attorney(s) pursuant to ECF and shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User on January 9, 2008.

>s/   Thomas W. Mulcahy
>Thomas W. Mulcahy, one of the Attorneys for
>Lakeland Development Group, Inc.,
>Eric W. Baumgart, and John E. Dethmer