# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7043 | **DATE** | January 11, 2008 |
| **CASE TITLE** | Cornerstone Architects, Inc. v. Lakeland Dev. Group, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' Motion For Extension of Time To Answer or Otherwise Plead [15], [16] is granted. Responsive pleadings are to be filed on or before February 7, 2008.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|