UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | | |
|---|---|---|
| Cornerstone Architects, Ltd., Plaintiff | Case | 07-C-7043 |

v.

Lakeland Development Group, Inc., Eric W. Baumgart and John E. Dethmer, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lakeland Development Group, Inc., Eric W. Baumgart and John E. Dethmer

| SIGNATURE |
|---|
| /s/ Edward Fitzsimmons Dunne |

| FIRM |
|---|
| Crisham & Kubes, Ltd. |

| STREET ADDRESS |
|---|
| 30 North LaSalle Street, Suite 2800 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06224845 | (312) 327-2500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ■ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ■ |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |