UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORNERSTONE ARCHITECTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 07 C 7043 |
| ) | |
| LAKELAND DEVELOPMENT GROUP, INC., ) | |
| ERIC W. BAUMGART, and JOHN E. DETHMER, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

TO: Uli Widmaier and Kristen S. Knecht
Pattishall, McAuliffe, Newbury, Hilliard & Geraldson, LLP
311 S. Wacker Drive, Suite 5000
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on January 17, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following, which was accomplished pursuant to ECF as to the filing users and in compliance with LR 5.5 as to any party who is not a filing user or represented by a filing user.

• Appearance for Defendants by Edward Fitzsimmons Dunne.

Respectfully submitted,

LAKELAND DEVELOPMENT GROUP, INC.,
ERIC W. BAUMGART, and JOHN E. DETHMER

s/   Edward Fitzsimmons Dunne
Bar Number 6224845
Attorney For Lakeland Development Group, Inc., Eric W. Baumgart, and John E. Dethmer
CRISHAM & KUBES, LTD.
30 North LaSalle Street, Suite 2800
Chicago, Illinois 60602
(312) 327-2500
edunne@crishamlaw.com

Edward Fitzsimmons Dunne
CRISHAM & KUBES, LTD.
30 North LaSalle Street, Suite 2800
Chicago, Illinois  60602
312.327.2500

## CERTIFICATE OF SERVICE

      I, Edward Fitzsimmons Dunne, after being first duly sworn on oath, depose and state that I served this Notice of Filing to the above-named attorney(s) pursuant to ECF and shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User on January 17, 2008.

                                                         s/    Edward Fitzsimmons Dunne
                                                         Edward Fitzsimmons Dunne,
                                                         one of the Attorneys for
                                                         Lakeland Development Group, Inc.,
                                                         Eric W. Baumgart, and John E. Dethmer

282037