UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORNERSTONE ARCHITECTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 07 C 7043 |
| ) | |
| LAKELAND DEVELOPMENT GROUP, INC., ) | |
| ERIC W. BAUMGART, and JOHN E. DETHMER, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

TO:   Uli Widmaier and Kristen S. Knecht
        Pattishall, McAuliffe, Newbury, Hilliard & Geraldson, LLP
        311 S. Wacker Drive, Suite 5000
        Chicago, Illinois  60606

**PLEASE TAKE NOTICE** that on February 7, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following, which was accomplished pursuant to ECF as to the filing users and in compliance with LR 5.5 as to any party who is not a filing user or represented by a filing user.

•   Answer and Affirmative Defenses to Complaint for Copyright Infringement, Contributory Copyright Infringement, Vicarious Copyright Infringement, and Breach of Contract.

> Respectfully submitted,
> LAKELAND DEVELOPMENT GROUP, INC., ERIC W. BAUMGART, AND JOHN E. DETHMER
>
> s/    Edward Fitzsimmons Dunne
> Bar Number 6224845
> Attorney For Lakeland Development Group, Inc., Eric W. Baumgart, and John E. Dethmer
> CRISHAM & KUBES, LTD.
> 30 North LaSalle Street, Suite 2800
> Chicago, Illinois 60602
> (312) 327-2500
> edunne@crishamlaw.com

Edward Fitzsimmons Dunne
CRISHAM & KUBES, LTD.
30 North LaSalle Street, Suite 2800
Chicago, Illinois  60602
312.327.2500

## CERTIFICATE OF SERVICE

     I, Edward Fitzsimmons Dunne, after being first duly sworn on oath, depose and state that I served this Notice of Filing to the above-named attorney(s) pursuant to ECF and shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User on February 7, 2008.

                                          s/     Edward Fitzsimmons Dunne
                                          Edward Fitzsimmons Dunne,
                                          one of the Attorneys for
                                          Lakeland Development Group, Inc.,
                                          Eric W. Baumgart, and John E. Dethmer