**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Cornerstone Architects, Ltd.
                              Plaintiff,

v.                                           Case No.: 1:07−cv−07043
                                                        Honorable John W. Darrah

Lakeland Development Group, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

      MINUTE entry before Judge John W. Darrah : Status hearing held and continued to 5/20/08 at 9:00 a.m. for scheduling. Rule 26(a)(1) disclosures to be exchanged by 3/4/08. Discovery is authorized regarding settlement. Mailed notice (maf, )(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.