**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CORNERSTONE ARCHITECTS, LTD.  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )  No.: 07 C 7043<br>  )<br>LAKELAND DEVELOPMENT GROUP,  )<br>INC., ERIC W. BAUMGART, and JOHN  )<br>E. DETHMER,  )<br>  )<br>  Defendants.  ) | |

### EDWARD FITZSIMMONS DUNNE'S MOTION TO WITHDRAW APPEARANCE

NOW COMES EDWARD FITZSIMMONS DUNNE (ARDC Attorney No. 6224845), attorney for LAKELAND DEVELOPMENT GROUP, INC., ERIC W. BAUMGART, and JOHN E. DETHMER ("Defendants"), and in and for his Motion to Withdraw Appearance, states as follows:

1. Edward Fitzsimmons Dunne ("Dunne") has been counsel of record for Defendants since January 17, 2008.

2. Jeffrey T. Kubes of Crisham & Kubes, Ltd. is the lead attorney for the Defendants in this matter.

3. Dunne is no longer with the Crisham & Kubes, Ltd. firm.

4. Defendants have elected to stay with Jeffrey T. Kubes and the Crisham & Kubes, Ltd. Firm to represent their interests in this matter.

2

5.Consequently, as Dunne no longer represents Defendants in this matter, this Court should grant Dunne permission to withdraw his appearance as an attorney of record for the Defendants.

6.Defendants will not be prejudiced by the withdrawal of one of their attorneys.

WHEREFORE, Edward Fitzsimmons Dunne requests that this Court enter an order withdrawing the appearance of Edward Fitzsimmons Dunne.

Date: May 6, 2008

By:s/Edward Fitzsimmons Dunne

Edward Fitzsimmons Dunne (ARDC Attorney No. 6224845)
Karbal, Cohen, Economou, Silk & Dunne
200 South Michigan Avenue, 20th Floor
Chicago, Illinois 60604
(312) 431-3700
Fax: (312) 431-3670