**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CORNERSTONE ARCHITECTS, LTD. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAKELAND DEVELOPMENT GROUP, )<br>INC., ERIC W. BAUMGART, and JOHN )<br>E. DETHMER, )<br>)<br>Defendants. ) | No.: 07 C 7043 |

**NOTICE OF MOTION**

TO:   ALL ATTORNEYS OF RECORD

   PLEASE TAKE NOTICE that on the 13th day of May, 2008 at 9:00 a.m. or as soon thereafter as this motion may be heard, I shall appear before the Honorable Judge John W. Darrah, or any Judge sitting in his place or stead, in the courtroom usually occupied by him in the Dirksen Federal Building, 219 S. Dearborn St., Room 1203, Chicago, Illinois, and then and there present, **EDWARD FITZSIMMONS DUNNE'S MOTION TO WITHDRAW APPEARANCE,** a copy of which is attached hereto and hereby served upon you.

Dated:   May 6, 2008

                                                  By:   s:/Edward Fitzsimmons Dunne

Edward Fitzsimmons Dunne
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Michigan Avenue, Suite 2100
Chicago, Illinois 60604
(312) 431-3700
Fax: (312) 431-3670

1

## CERTIFICATE OF SERVICE

      I hereby certify that, on May 6, 2008, I electronically filed the foregoing Notice of Motion and Edward Fitzsimmons Dunne's Motion to Withdraw Appearance using CM/ECF SYSTEM which will send notification of such filing to All Attorneys of Record.

                                                    s:/Edward Fitzsimmons Dunne
                                                    Edward Fitzsimmons Dunne