# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7043 | **DATE** | May 8, 2008 |
| **CASE TITLE** | Cornerstone Arichets, Ltd. v. Lakeland Dev. Group, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Edward Fitzsimmons Dunne's Motion to Withdraw Appearance [25], [26] is granted. Edward Fitzsimmons Dunne's appearance is withdrawn as counsel of record for Defendants.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|