UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

Cornerstone Architects, Ltd., Plaintiff                         Case         07-C-7043

v.

Lakeland Development Group, Inc., Eric W. Baumgart and John E. Dethmer, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lakeland Development Group, Inc., Eric W. Baumgart and John E. Dethmer

---

| SIGNATURE |   |
|---|---|
| /s/ John P. O'Malley |   |
| FIRM |   |
| Crisham & Kubes, Ltd. |   |
| STREET ADDRESS   30 North LaSalle Street, Suite 2800 |   |
| CITY/STATE/ZIP   Chicago, Illinois 60602 |   |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06205802 | TELEPHONE NUMBER  (312) 327-2500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ■ |   |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ■ |   |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ■ |   |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ■    NO ☐ |   |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |   |