UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORNERSTONE ARCHITECTS, LTD., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07 C 7043 |
| LAKELAND DEVELOPMENT GROUP, INC., ERIC W. BAUMGART, and JOHN E. DETHMER, | ) |
| Defendants. | ) |

### NOTICE OF FILING

TO:   Uli Widmaier and Kristen S. Knecht
      Pattishall, McAuliffe, Newbury, Hilliard & Geraldson, LLP
      311 S. Wacker Drive, Suite 5000
      Chicago, Illinois 60606

PLEASE TAKE NOTICE that on May 8, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following, which was accomplished pursuant to ECF as to the filing users and in compliance with LR 5.5 as to any party who is not a filing user or represented by a filing user.

- Appearance for Defendants by John P. O'Malley

      Respectfully submitted,

      LAKELAND DEVELOPMENT GROUP, INC.,
      ERIC W. BAUMGART, and JOHN E. DETHMER

      /s/   John P. O'Malley
      Bar Number 06205802
      Attorney For Lakeland Development Group, Inc., Eric W. Baumgart, and John E. Dethmer

Doc:285305

CRISHAM & KUBES, LTD.
30 North LaSalle Street, Suite 2800
Chicago, Illinois 60602
(312) 327-2500
jomalley@crishamlaw.com

John P. O'Malley
CRISHAM & KUBES, LTD.
30 N. LaSalle, Suite 2800
Chicago, IL  60602
(312) 327-2500

## CERTIFICATE OF SERVICE

I, John P. O'Malley, after being first duly sworn on oath, depose and state that I served this Notice of Filing to the above-named attorney(s) pursuant to ECF and shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User on May 8, 2008.

/s/   John P. O'Malley
John P. O'Malley, one of the Attorneys for
Lakeland Development Group, Inc.,
Eric W. Baumgart, and John E. Dethmer