# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Cornerstone Architects, Ltd.

                        Plaintiff,

v.                                                  Case No.: 1:07−cv−07043
                                                       Honorable John W. Darrah

Lakeland Development Group, Inc., et al.

                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: settlement conference.(maf, )Mailed notice.

Dated: May 20, 2008

                                                                                   /s/ John W. Darrah

                                                                     United States District Judge